**United States Patent and Trademark Office**

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 31 04:51:02 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR   Jump   to record: [        ]   **Record 9 out of 12**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# EIGHTFOLD

| | |
|---|---|
| **Word Mark** | **EIGHTFOLD** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Real estate funds investment services; financial services, namely, financial investment services in the field of capital investments and real estate. FIRST USE: 20120308. FIRST USE IN COMMERCE: 20121017 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85911934 |
| **Filing Date** | April 23, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 3, 2013 |
| **Registration Number** | 4483962 |
| **Registration Date** | February 18, 2014 |
| **Owner** | (REGISTRANT) Eightfold Real Estate Capital, L.P. SW7 Partners GP LLC, a Delaware limited liability company LIMITED PARTNERSHIP DELAWARE Suite 802 1111 Lincoln Road Miami Beach FLORIDA 33139 |
| **Attorney of Record** | Jessica L. Rothstein |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |