

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 31 04:51:02 EST 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump]  to record: ____    **Record 8 out of 12**

[TSDR] [ASSIGN Status] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

**EIGHTFOLD REAL ESTATE CAPITAL**

| | |
|---|---|
| Word Mark | EIGHTFOLD REAL ESTATE CAPITAL |
| Goods and Services | IC 036. US 100 101 102. G & S: Real estate funds investment services; financial services, namely, financial investment services in the field of capital investments and real estate. FIRST USE: 20120308. FIRST USE IN COMMERCE: 20121017 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85911963 |
| Filing Date | April 23, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 3, 2013 |
| Registration Number | 4483963 |
| Registration Date | February 18, 2014 |
| Owner | (REGISTRANT) Eightfold Real Estate Capital, L.P. SW7 Partners GP LLC, a Delaware limited liability company LIMITED PARTNERSHIP DELAWARE Suite 802 1111 Lincoln Road Miami Beach FLORIDA 33139 |
| Attorney of Record | Jessica L. Rothstein |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REAL ESTATE CAPITAL" APART FROM THE |

|   |   |
|---|---|
|   | MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY