**From:** Murl R. Richardson <mrichardson@prefrei.com>
**Sent:** Thursday, August 16, 2018 2:44 PM
**To:** Isaac Pesin <ipesin@eightfoldcapital.com>
**Cc:** Brent Hodges <bhodges@prefrei.com>
**Subject:** FW: New property

So looks like your in Austin!!!

---

Murl Richardson | Partner
Preferred Real Estate Investments, Inc.
901 Main Street, Suite 4200
Dallas, Texas 75202

T  214.572.3114  | C 817.235.6101
mrichardson@prefrei.com | www.prefrei.com

**From:** John Myers
**Sent:** Thursday, August 16, 2018 12:29 PM
**To:** Murl R. Richardson <mrichardson@prefrei.com>
**Subject:** FW: New property

Murl,
Is the attached the same Eightfold we are already working with?

John Myers | President
Peloton Commercial Real Estate, LP, AMO®
901 Main Street, Suite 4200
Dallas, TX 75202

T  214.220.0600
jmyers@pelotoncre.com | www.pelotoncre.com

**Confidentiality Notice:**  This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law.  Unauthorized review, use, disclosure, or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message.  Thank you.

**Property Information Disclaimer:**   All information provided by Peloton Commercial Real Estate ("PCRE") with respect to any buildings or premises has been obtained by PCRE from the owner of the building, parties hired by or affiliated with the owner, or from sources which PCRE reasonably believes to be reliable. To the best knowledge and belief of PCRE that information is accurate. However, neither PCRE nor any of its agents, employees or contractors makes, nor will they make, any representations, warranties or promises regarding the accuracy of such information.