

**ADAM ZARAFSHANI**
**EIGHTFOLD DEVELOPMENTS, LLC**
**(512) 656-1352 AUSTIN**
*info@eightfoldaustin.com*

EIGHT FOLD



E I G H T F O L D

# TABLE OF CONTENTS

**Pages 3-7** |
EXECUTIVE SUMMARY :
DEVELOPMENT QUALIFICATIONS

**Page 8** |
HISTORY OF SITE

**Pages 9-17** |
EIGHFOLD PILLARS / LIFESTYLES

**Pages 18-20** |
SHOVEL READY AND APPROVED SITE
PLAN

**Page 21** |
WELLNESS / MEDICAL FUSION

**Pages 22-25** |
DELIVERING PHASE 1 – 500,000
SQUARE FEET

**Pages 26-31** |
UTILITY INFRASTRUCTURE

**Page 32** |
CONNECTIVITY AND TECHNOLOGY

**Pages 33-34** |
EIGHTFOLD LIVING / MULTI-FAMILY

**Pages 35-41** |
TRANSPORTATION

**Pages 42-49** |
THRIVEABILITY / SUSTAINABILTY

**Page 50-51** |
ON-SITE MARKET/FOOD AND RETAIL
AMENITIES



EIGHTFOLD

**ADAM ZARAFSHANI**
**EIGHTFOLD DEVELOPMENTS, LLC**
**(512) 656-1352 AUSTIN**
*info@eightfoldaustin.com*



EIGHTFOLD CAMPUS RENDER



# EIGHTFOLD

Welcome to an area that is quickly becoming an integral part of Austin's booming tech-savvy and hip, creative communities.  EIGHTFOLD is already permitted and construction has commenced.



# EXECUTIVE SUMMARY OF DEVELOPMENT QUALIFICATIONS

Within six miles of the Austin Bergstrom International Airport and Austin's famous downtown, the EIGHTFOLD campus is poised to become a major tech and business hub. This preexisting 125-acre site has built-in features, such as an available utility infrastructure with designed redundancy that is ready to accommodate an eight million plus square foot development on one single site. The campus accesses a major commute hub as it is located east of HWY 183 South, connecting South Austin and North Austin in just a few short minutes. EIGHTFOLD offers a completed design for a cutting-edge data center, saving valuable design time. The EIGHTFOLD campus is shovel ready with an existing redundant power supply on-site. Reinvented to be a green, self-sustaining city-within-a-city, the site is all inclusive, incorporating the latest technology and designs. The EIGHTFOLD campus has a rich history with Austin as Motorola's chief plant. Modernization and revitalization development is underway and ready for development at the new East-Austin campus.



EIGHTFOLD PROPERTY MAP

EIGHTFOLD
# CAMPUS ATTRIBUTES

The EIGHTFOLD campus is inspired by the Buddhist Noble EIGHTFOLD Path, which incorporates eight key pillars to forge the EIGHTFOLD concept: health medicine and wellness fusion; organic farming and environment; cultural arts and creative community; transformation education and personal development; energy and sustainable use, yoga and meditation; innovation and technology; and, live-work, entertain and celebrate.

» Unique and flexible entitlements favorable to the development

» State of the art fiber optic infrastructure with built in redundancy is designed for each building and community

» An existing energy infrastructure will provide renewable energy technologies to generate 75% of its own power

» Within 10 minutes of downtown Austin, EIGHTFOLD is strategically located with access to city-wide housing, commerce and flagship universities

» Planned multi-family development has begun and EIGHTFOLD will deliver a living component for the campus

» The EIGHTFOLD campus is within short proximity to a private airport for transportation needs

» Medical facilities on-site to offer campus wide health care exclusively

» On-site commuter rail station will be available for mass transit throughout the city

» The EIGHTFOLD campus provides biking and hiking trails that connect to Austin's major bike routes

» An easy to activate marketplace will provide on-site retail, restaurant and food markets

» EIGHTFOLD has strategically aligned with Huston Tillotson University to provide a talented and specifically trained workforce for the Campus's vast web of business needs. This partnership also creates community building and embraces diversity.

*Sustainability and thriveability are the core component of all aspects of the EIGHTFOLD development.*



EIGHTFOLD BUILDINGS FHJ | PHASE I RENDER





EIGHTFOLD

# CAMPUS HISTORY

Even as Austin continues to grow and evolve, the city's core vision continues to reflect opportunity, creativity and sustainability. Austin metropolitan's population is quickly nearing two million. Our city is defined as one of the most innovative hubs in the nation. From 1974 to the early 2000's, Austin's Motorola plant—now home to EIGHTFOLD—proved itself as a beacon of prosperity for its residents by bringing technology, jobs and a brighter energy to the community.

EIGHTFOLD is honored to be the successor to Motorola's legacy as the campus continues to thrive. A snapshot in time reveals monumental new development stemming from a rich history of more than forty years. In 1974, Motorola expanded its base from Phoenix and chose Austin as the destination to build its first chip plant in central Texas. Austin's population was barely reaching 300,000 at the time. This new plant was a catalyst to the city's growth. The prospect of new jobs made living in Austin seem more abundant and many residents were excited to support such an enterprising company. Motorola's presence had a significant local impact and a broader, national and global effect as well. The MOSB project organized by Motorola Semiconductor put Austin on the map as a leader in chip fabrication and manufacturing in the 80's and 90's. The company continued to grow in scale and technological force. Motorola and the EIGHTFOLD campus establish a precedent that Austin, as a city, is capable of great innovation and community success.



# LIFESTYLES

EIGHTFOLD is creating a community without boundaries. Following the eight tenets of the Buddhist Noble Path, the EIGHTFOLD campus is designed with thought, intention and rebirth to create an environment that enhances a work life culture for its population. Modern architecture and sustainable technologies blend with innovative restoration to supply an all-inclusive diverse space that will inspire entrepreneurship, art and innovation, bringing wellness to its community. An interwoven philosophy enriches inhabitants' lives to help fulfill their needs as they live and work at EIGHTFOLD. These eight tenets are incorporated into a perfectly balanced campus lifestyle that will bring success in work, relationships and life.



# INNOVATION
## and TECHNOLOGY

This campus is breaking barriers in creativity and productivity by incorporating high-level technology throughout each sector. EIGHTFOLD crosses boundaries within disciplines to allow for the greatest motivation, research and development. An interconnected network of innovation and technology offers spaces with both physical and natural landscapes. A campus-wide WiFi network is designed to give every individual the opportunity to network and collaborate. Each building is composed of mixed-use technology office hubs, health and wellness practitioners and education programs to build mutually beneficial relationships. These spaces are a central point for the community advancing connectivity and innovation to grow into wider industries and needs.



- » **Biotech & Tech Office Spaces**
- » **Co-Work Labs & Tech Shops**
- » **Co-Work Offices & Live-Work Spaces**
- » **3D Printing Workshops**
- » **Common Use Tech Cafes**
- » **Convention & Exhibition Space**
- » **Film & Music Studios**
- » **Lecture Theaters**
- » **Multi-purpose Conference Rooms**
- » **Product Fabrication & Wet Labs**
- » **Robotics Labs**
- » **Virtual Reality Rooms**



# ENERGY
# and SUSTAINABLE USE

Solar, wind and water energy sources are harnessed to distribute a sustainable environment at EIGHTFOLD. New modern buildings work with existing landscapes to preserve and redesign the environment to reduce waste, conserve energy, decrease water consumption and inspire the evolution of green innovation. Public transportation opportunities and sustainable technology are delivered across the community, offering renewable-energy charging stations for cars to help reduce campus-wide energy waste and emissions. Combining radiant panels and dedicated outdoor air system technologies helps to reduce the size and complexity of mechanical systems. The EIGHTFOLD campus is compliant with LEED accreditation to reduce costs, reliability and resiliency.

» **Conservation**
» **Electric Car Charging Stations**
» **Environmentalism**
» **Green Rooftops**
» **LEED Accreditation**
» **Low Energy Costs**
» **Solar, Wind, & Water Collection**
» **Existing Landscapes Preserved**



# ORGANIC FARMING and ENVIRONMENT

The natural landscape is a key component of the campus lifestyle. EIGHTFOLD is committed to restoration and preservation of its land for the development of nature and farming. Forest like environments, fields and organic farmland will naturally yield resources for nature lovers and on-site farmers' markets to offer local cafes and restaurants greater variety in healthy food choices.

» **Agricultural Biotech**

» **Organic Research Facility**

» **Boost Austin's Organic Farming Network**

» **Community Education Programs**

» **Production of High Quality Organic Food & Medicinal Herbs**

» **Supporting Local Producers**



# HEALTH MEDICINE
## and WELLNESS FUSION

EIGHTFOLD is a collaborative environment that is created to promote the study of all types of medicine. Interconnected facilities offer greater research and development possibilities for health, wellness and medical industries. Experts and institutions have the opportunity to grow and learn from numerous healing modalities built from collaborations with health coaches, functional medicine doctors and other MDs.

- » **Boutique Fitness Programs**
- » **Discovery Bike Trails**
- » **Indoor & Outdoor Gym**
- » **Martial Arts**
- » **Unparalleled Personal Training**
- » **Fitness Classes**



# YOGA
## and MEDITATION

Conscious living, expansive thinking bring to work a peaceful mind and spirit. EIGHTFOLD believes that yoga and meditation helps to cultivate harmony and happiness. The campus offers yoga and meditation zones, nature walks and trails. These environments will offer a wide variety of classes, events and retreats from world-renowned Gurus and professionals. Enthusiasts will gain access to all levels of classes to help discover their inner journey into a deeper mindset for success.

» **Alternative Wellness Center**
» **Yoga Classes & Studios**
» **Meditation Zones**
» **Nature Walks**
» **Zen Forest & Gardens**



# TRANSFORMATION EDUCATION
## and PERSONAL DEVELOPMENT

State of the art facilities offer great possibilities with an on campus Event Center and Theater.  The EIGHTFOLD facility houses a 180-seat theater to present limitless events in training, seminars, conferences, corporate and public events and workshops.  This remarkable building will encourage a more holistic approach to learning and personal development, while delivering opportunities for growth, success and entertainment.

- » **Assisted Parenting Programs**
- » **Day Care**
- » **Early Learning Center**
- » **Educational Growth Seminars**
- » **Health, Fitness & Lifestyle Coaching**
- » **International Outreach Programs**
- » **Progressive Early Learning Programs in Health, Arts & IT**
- » **University Engagement & Support Programs**



# CULTURAL ARTS and CREATIVE COMMUNITY

The heartbeat of Austin lies within its artist communities. EIGHTFOLD is designed as a campus that is ready to support visual technology and performing arts with opportunities for creativity throughout its buildings and landscaping. Connected building spaces and Arts Bazaar plazas create a unique platform for the creative spaces that weave throughout the environment, breathing life and harmony into its design.

EIGHTFOLD Innovation & Technology connect with landscaping to offer co-working office spaces for the artistic mind, furthering ways to utilize virtual reality, tech labs and maker-spaces that will inspire vision. The latest and most up-to-date audio and visual technologies collaborate with the surrounding environment offering flow and command of the most important discoveries and insight.



» **Art Institute & Organizations**
» **Classical Arts and Music Training**
» **Culinary School**
» **Music Studios & Schools**
» **Outdoor Spaces & Amphitheater**
» **Photography Studio**
» **Film & Animation Studios/Sets**
» **Indoor & Outdoor Art Gallery**
» **Maker Spaces & Art Fab Labs**
» **Virtual Reality Studios**



## LIVE-WORK, ENTERTAIN and  CELEBRATE

A dynamic environment enhances and interconnects the community. EIGHTFOLD is a complete environment to live and to work.  The campus provides live-work spaces as an environment where any inhabitant will thrive. Artists, makers, health and wellness and technology specialists will find balance in their work lives as they are delivered the necessities to succeed. Free-flowing, multi-use space with on campus and nearby affordable housing contribute to the preservation and rebirth of a new property that will sustain and foster a community.

Modern building, markets, restaurants and entertainment all interact with the latest technological designs and landscaping to create the Eightfold Path to living.

» **Cafes & Restaurants**
» **Event Plazas**
» **Live-Work Spaces**
» **Microbreweries**
» **Music & Arts Events**
» **Outdoor Fitness Facilities**
» **Performance Stages**
» **Pop-Up Markets & Events**

E I G H T F O L D

# SHOVEL READY and APPROVED SITE PLAN

## Applicable Regulatory Agency Regulations on the 109.65

Acre Lot 1A-B Re-Subdivision Plat of Lot 1, Motorola, Inc., Ed Bluestein Facility as recorded in document No. 2000900045, Official Public Records of Travis County, Texas.

This platted Lot is part of the original Motorola 219.192 acre Subdivision recorded on July 9, 1974 in Book 69, Page 84 as the Motorola, Inc. MOS Production Facility Subdivision.  This Subdivision Project was initiated by the filing of a subdivision application with the City of Austin on March, 12 1974.

The City of Austin annexed the Property pursuant to Annexation Case C7a-75-011 on November 13, 1975.

The City adopted permanent conforming zoning to the then existing industrial uses pursuant to Zoning Case File C14-75-126 on August 12, 1976.

In 1988, Motorola vacated its original Plat by Instrument recorded in Volume 10584, Page 200, Deed Records of Travis County, Texas in order to replat the 219.192 acre Lot into a 228.146 acre Lot 1, Motorola, Inc., Ed Bluestein Facility Subdivision in Case Files C85-87-014. This new Plat was recorded in Volume 87, Page 147B-147C, Plat Records of Travis County, Texas on February 16, 1988.

The Plat Notes on this subsequent Plat approved by the City of Austin expressly authorized the reservation by the Owner of the use of the plat



dedicated Drainage Easements for the maintenance of existing improvements (including habitable structures) and, without a license agreement, to use the dedicated drainage easements for recreational uses and facilities; utilities, including generation facilities and service lines, both existing and proposed; and driveway crossings and internal roadways whether existing or proposed. The only requirement was that any proposed facilities within the drainage easement would be subject to a waterway development permit approved by the City of Austin. The Plat Notes require that any new proposed habitable structures within or abutting the easements of the One Hundred Year Flood Plain must conform to the Flood Insurance Administration's standards as administered by the City of Austin. Finally, the Plat Notes authorized existing fence crossings in the drainage easement provided that such fences did not restrict the flow of water.

Following the re-subdivision in 1988 Motorola submitted various site plans to the City of Austin as various facilities within the Project were constructed. One of the site plan applications was filed by Motorola in 1988 in Site

Development Permit File No.SP-98-0363D for the construction of the South I.W. Collection Improvements and East Irrigation Pond.  This Plan Application was approved by the Development Services Department on October 15, 1988 with the Note "Pursuant to the Interim Land Development Ordinance 970905-A the Project is submitted to comply with regulations and ordinances in effect on March 12, 1974 (the date the first Motorola subdivision plat was submitted).

In approving this Note the City acknowledged that the Plan application had vested property rights to continue the Motorola Project initiated with the filing of the original Motorola subdivision application in March of 1974 and that the vacation of that Plat to replat the Property into the 1 Lot Motorola, Inc., Ed Bluestein Facility Subdivision in 1988 did not terminate the original 1974 Project's vested property rights to be subject only to the rules, regulations, ordinances and requirements in effect on March 12, 1974.

Accordingly, the Project is not subject to the Cut and Fill Regulations of the Comprehensive Watershed Ordinance; the net site area calculations of the Comprehensive Watershed Ordinance; nor the restrictions on construction on steep slopes under the Comprehensive Watershed Ordinance so long as the additional development of the Property is consistent with the original project endeavor as that term is defined in Chapter 245 of the Local Government Code.  The Property is zoned "LI" which allows for 80% impervious cover on the gross site area of the Property.

Chapter 245 Local Government Code permits a property owner to continue or complete a project under the rules, regulations, ordinances and requirements in effect when the project was initiated.  The Motorola Project was initiated on March 12, 1974 with the filing of the original subdivision plat.





## EIGHTFOLD

# MEDICAL WELLNESS FUSION

On site Medical Wellness Fusion programs will provide integrated care for employees and their families. The Eightfold campus is designed to offer multiple services, such as preventative care, specialty services and lab tests. Medical Wellness Fusion seeks to bring the most cutting edge medical treatments and technology directly to campus employees in a soothing, positive environment.

Medical Wellness Fusion aims to put the patient in control of his/her health care, allowing the patient's body be the primary guide through every treatment process. EIGHTFOLD's Medical Wellness Fusion rebalances the traditional patient-practitioner relationship, making the patient and physician partners in the treatment process.   Our approach to healthcare addresses the full spectrum of physical,

mental, emotional, spiritual, social and environmental influences that can adversely affect a patient's health and job performance. By designing a unique, personalized strategy that considers each patient's full range of conditions and circumstances, we treat and heal from a broad range of medicinal practices, primarily focusing on the body's instinctive healing responses. Integrated medicine, not to be confused with alternative medicine or complementary medicine, allows the patient to find his/her own path to healing and prevention at his/her own pace without the typical caustic atmosphere and methods employed in most hospitals.

EIGHTFOLD's Medical Wellness Fusion is truly unique, led by Dr. Ranjbaran and her team, who aim to customize medical plans to fit both companies' and patients' needs.

EIGHTFOLD

# DELIVERING PHASE 1 – 500,000 SQUARE FEET



The EIGHTFOLD campus offers urban infill, greenfield and renovation opportunities located at 3501 Ed Bluestein Blvd., (Hwy. 183) a major arterial roadway in Austin with proximity to the airport, 6.3 miles and to downtown Austin, 4.2 miles. An existing utility infrastructure is ready to accommodate 8 million square feet.  The site is shovel ready with existing buildings that total 1.49 million square feet within the current renovation already underway.

The EIGHTFOLD campus consists of 109.65 acres, zoned LI, plus 16 acres under development for multi-family living.  EIGHTFOLD is currently acquiring an amendment to allow for a height limit that will accommodate an even larger development.

The campus will provide ample parking, including two multi-level parking structures to be expanded for use as extra parking.

Architectural and engineering has begun on buildings B, C, D, F, H, J, L and M.  These buildings total 1,490,000 square feet. Construction has commenced on buildings



EIGHTFOLD BUILDING D | PHASE I RENDER

F, H and J which will total 342,708 square feet. Building D is scheduled for construction commencement October 2017 which is an additional 170,207 square feet. Buildings F, H, J and D are scheduled to be delivered in September of 2018. Buildings B, C, L and M are scheduled to be released late 2019.

## EIGHTFOLD CAMPUS OVERVIEW:

- » **109.65 Acres Zoned LI**
- » **Construction Started on 342,708 sq. ft.**
- » **Data Center Ready to Activate**
- » **Existing Utility Infrastructure**
- » **16 Acres For Multi-Family Living**
- » **6.3 Miles from Airport**
- » **4.2 Miles from Downtown**



EIGHTFOLD BUILDINGS FHJ | PHASE I RENDER

## PHASE I *(DELIVERY 2018)*

### EXISTING BUILDINGS



### NEW ADDITIONS



### PHASE I - TOTAL SQUARE FOOTAGE

| | EXISTING | NEW ADDITION | TOTAL |
|---|---|---|---|
| Building F | 60,247 | 54,411 | 114,658 |
| Building H | 58,979 | 58,657 | 117,636 |
| Building J | 55,573 | 54,841 | 110,414 |
| Building D | 170,207 | | 170,207 |
| Phase I Total | 345,006 | 167,909 | 512,915 |



Building B, 548,253 square feet, is designed for a data center that is ready to activate in multiple phases. The current architectural development and MEP are at 80% completion.  The data center is envisioned to accommodate a maximum amount of rack space.  The density will be based on 8kVA & 4kVA per rack.

Renderings for Building F, H and J [renovation and modernization of existing buildings], a custom entrance and new building renderings for Phase III ground up constructions are included.

# PHASE II *(DELIVERY 2019)*

## EXISTING BUILDINGS



## NEW ADDITIONS



### PHASE II - TOTAL SQUARE FOOTAGE

| | EXISTING | NEW ADDITION | TOTAL |
|---|---|---|---|
| Building B | 262,719 | 285,534 | 548,253 |
| Building C | 62,335 | 53,974 | 116,309 |
| Building L | 90,521 | 60,961 | 151,481 |
| Building M | 95,523 | 65,519 | 161,042 |
| Phase II Total | 511,098 | 465,987 | 977,085 |

**TOTAL SQUARE FEET**
**From PHASE I and PHASE II:**

**1,490,000** *SQUARE FEET*

*Over 1 million square foot ready by 2019!*

EIGHTFOLD

# UTILITY SITE ELECTRICAL MASTER PLAN SUMMARY



The site's electrical master plan establishes an infrastructure that is capable of supporting over 8,000,000 square feet of occupied space. The site was originally developed for high density office, laboratory and semiconductor manufacturing.

The EIGHTFOLD Development site master plan is based on these original core systems and distribution as it continues to expand the plan with investments in modernization. An on-site substation provides 138KV of power from Austin Energy to easements that are fed by two separate sources, including two fully redundant 15KV services. The EIGHTFOLD electrical master plan will incorporate a strategy using the latest sustainable and renewable energy technologies, allowing the site to grow past its original development and into the future by generating up to 75% of its own power.



EIGHTFOLD ON-SITE SUBSTATION



EIGHTFOLD ON-SITE SUBSTATION



EIGHTFOLD

**EXISTING UTILITY MAP**

LEGEND

EXISTING WATER LINE
EXISTING WASTEWATER LINE
EXISTING GAS LINE
EXISTING STORM SEWER LINE
EXISTING INDUSTRIAL WASTE LINE
EXISTING TELECOMMUNICATION LINE
EXISTING ELECTRIC UTILITY LINE

NOTE:
UTILITIES SHOWN ON THIS MAP ARE APPROXIMATE AND UTILITIES MUST BE
FIELD VERIFIED PRIOR TO DESIGN AND CONSTRUCTION.





EIGHTFOLD

# ELECTRIC & TELECOMM

LEGEND

- EXISTING TELECOMMUNICATION LINE
- EXISTING ELECTRIC UTILITY LINE

0 100' 200' 400'
Scale: 1" = 200'

NOTE:

UTILITIES SHOWN ON THIS MAP ARE APPROXIMATE AND UTILITIES MUST BE FIELD VERIFIED PRIOR TO DESIGN AND CONSTRUCTION.

# EIGHTFOLD
## WET UTILITIES & GAS

**LEGEND**

- EXISTING WATER LINE
- EXISTING WASTEWATER LINE
- EXISTING GAS LINE
- EXISTING STORM SEWER LINE
- EXISTING ELECTRIC UTILITY LINE

NOTE:
UTILITIES SHOWN ON THIS MAP ARE APPROXIMATE AND UTILITIES MUST BE FIELD VERIFIED PRIOR TO DESIGN AND CONSTRUCTION.

Scale 1" = 200'



EIGHTFOLD

# CONNECTIVITY and TECHNOLOGY

EIGHTFOLD is providing a fiber infrastructure that offers multiple points of entry to service providers at the campus core. This plan offers redundancy and load balancing to mitigate interruption in connectivity. Fiber optic lines transfer up to 100 gigabits/second bandwidth. The infrastructure is designed to support core network switchgear such as Cisco Nexus 92160 [production scheduled for 2018] to include traffic aggregation and redundant edge switches. Fiber is provided to each building using edge switches that are routed to the core.

The EIGHTFOLD WiFi strategy anticipates each building having its own independent WiFi access as well as a campus wide hotspot for visitors, employees and residents. The WiFi network will provide multiple access points for redundancy, adaptive radio monitoring, self-fault detection, self-healing, dynamic spectrum assignment, seamless handover, power over Ethernet and security. This infrastructure supports "Internet of Things," and it is 5G friendly. The ioT solution makes lighting, energy, parking, surveillance and waste disposal digital to improve facilities and streamline operations.



EIGHTFOLD

# MULTI-FAMILY LIVING

EIGHTFOLD Living is a mixed-use development that will host affordable, multi-family apartment units, retail spaces, offices and other unique amenities. This work-live space will serve as a locale for community development and productivity with a focus on nature, sustainability and organic resources. EIGHTFOLD Living is a forward-thinking complex for all forms of human activity and collaboration may that be professionally, socially or culturally. The architectural design and cutting-edge infrastructure will create a setting for innovation and will be an experience within itself as community members benefit from both residential and commercial spaces. As a whole, this development promotes a balanced, conscious lifestyle with boundless opportunities. EIGHTFOLD Living poses itself to be a new chapter in the growing narrative of the City of Austin.

AUGUST 2017 -

# AUSTIN TEXAS REAL ESTATE MARKET SNAPSHOT

## SINGLE FAMILY HOME SALES

**2,618**
SINGLE-FAMILY HOMES SOLD

**53**
AVERAGE DAYS SINGLE-FAMILY HOMES SPENT ON THE MARKET

**$305,000**
MEDIAN PRICE FOR SINGLE-FAMILY HOMES

**3,050**
NEW SINGLE FAMILY HOME LISTINGS ON THE MARKET

**$380,426**
AVERAGE PRICE FOR SINGLE-FAMILY HOMES

**10,700**
ACTIVE SINGLE FAMILY HOME LISTINGS ON THE MARKET

**$167**
AVERAGE PRICE PER SQ FT FOR SINGLE-FAMILY HOMES

**2,456**
PENDING SALES FOR SINGLE-FAMILY HOMES

**$995,955,268**
TOTAL DOLLAR VOLUME OF SINGLE-FAMILY PROPERTIES SOLD

# AUSTIN AREA HOUSING



DRIVE TIME FROM EIGHTFOLD CAMPUS

10 MINUTES
20 MINUTES
30 MINUTES

1    PARMER CROSSING                                      from the high $200s
2    PRESTON VILLAGE                                      from the high $500s
3    CONCORD AT BRUSHY CREEK                              from the low $300s
4    COMMONS AT ROWE LANE                                 from the mid $200s
5    Carmel                                               from the low $200s
6    THE RETREAT AT HARRIS RIDGE                          from the low $200s
7    THE RETREAT AT TECH RIDGE                            from the low $200s
8    CANTABRIA                                            from the low $200s
9    PIONEER CROSSING                                     from the mid $200s to the mid $300s
10   BELLINGHAM MEADOWS                                   from the high $200s
11   SHADOWGLEN                                           from the mid $200s to the mid $300s
12   PRESIDENTIAL MEADOWS                                 from the low to mid $200s
13   NORTHBRIDGE PARK                                     from the mid $200s to the low $300s
14   St East                                              from the high $200s
15   Mueller                                              from the high $300s
16   FRANKLIN GROVE                                       from the low $300s
17   Agave                                                from the mid $300s to low $400s
18   WHISPER VALLEY                                       from the mid $200s to the mid $400s
19   FOREST BLUFF                                         from the low $200s to the low $200s
20   THE VILLAGE AT 12TH STREET                           from the high $100s to the mid $300s
21   FIFTH & WEST RESIDENCES                              from the mid $400s to over 2 million
22   INDEPENDENT                                          from the low $400s to over 2 million
23   Tyndall                                              from the low $500s to over 2 million
24   Prado                                                from the mid $300s to high $300s
25   KNOLLWOOD ON THE COLORADO RIVER                      from the low $300s to the high $500s
26   GREENVIEW                                            from the high $400s to the high $500s
27   SOUTH SHORE POINTE                                   from the mid $300s
28   2002 GLEN ALLEN                                      from the high $400s to the mid $700s
29   LIGHTSEY RIDGE                                       from the low $200s to the mid $400s
30   PARK EAST                                            from the low $500s to the mid $400s
31   Prado                                                from the low $200s to the mid $400s
32   EDGEWICK                                             from the low $300s to high $300s
33   THE EASTWOOD AT RIVERSIDE                            from the low $300s
34   COLORADO CROSSING                                    from the low $200s to the mid $200s
35   BRENTWOOD VILLAS                                     from the low $200s to the mid $200s
36   RESERVE AT McKINNEY FALLS                            from the low $200s to the low $200s
37   THE RIDGE AT SLAUGHTER                               from the mid $200s
38   VISTA POINT                                          from the mid $200s
39   EASTON PARK                                          from the mid $200s to low $300s
40   THE TRAILS AT STONEY RIDGE                           from the low $200s
41   SUN CHASE                                            from the low $200s to the mid $200s
42   GOODNIGHT RANCH                                      from the mid $200s to the mid $200s
43   BRADSHAW CROSSING                                    from the low $200s
44   THE HILLS OF BEAR CREEK                              from the low $300s to the mid $300s
45   LEGENDS WAY AT ONION CREEK                           from the mid $200s
46   ENCLAVE AT ESTANCIA                                  from the low $300s

EIGHTFOLD

# TRANSPORTATION



**6.3**MILES FROM AUSTIN-BERGSTROM INTERNATIONAL AIRPORT

Based on the traffic count of HWY 183 from 2000 to 2016, the growth rate of this highway will be a maximum of 2%. Also, based on the population data from U.S. CB and City of Austin/Department of planning, the population growth rate will be 2% until 2045.

## DISTANCE TO MAJOR HIGHWAYS

Located on 183, a major vein in Austin, the EIGHTFOLD site entrances and exits will be connected to the frontage road. This site is positioned to take advantage of optimum access to the highway. According to the plans filed by CTRMA, this is the design of 183 South improvements. Construction began in 2015 and it will be completed by 2019. The HWY 183 South will be improved to a non-stop, signal free route with both tolled and non-tolled general purpose lanes. These routes include new multi-model transportation options such as lanes for bicycles and pedestrians.



**4**MILES FROM DOWNTOWN AUSTIN



**3.2**MILES FROM CAP METRO MASS TRANSIT

# PEDESTRIAN INFRASTRUCTURE and EIGHTFOLD

Our planners are designing pedestrian, bicycle and vehicle paths in concert with EIGHTFOLD's development area. The campus has designated slow speed zones to help enforce vehicle travel speeds of 20mph or less. The City of

Austin and EIGHTFOLD are working to improve pedestrian and bicycle safety, allowing the streets to be shared by all users. The campus may provide multiple levels of pedestrian infrastructure to accommodate for scale and need.

**The EIGHTFOLD site is a key central location to provide movement and transit for the campus. Quick access to the airport, major highways, a mass transportation rail line, buses, bike routes and automotive transit provide for any business key transportation goals. TxDOT has invested $760 million in the US 183 corridor to provide a clear flow of traffic traveling from downtown to the airport or west and north Austin. US 183 is the front door to all east Austin development. The current construction of the 183 South expansion by CTRMA is a friendly mode-share improvement. This improvement provides a friendly mode-share for cars, bicyclists and pedestrians.**

## Infrastructure Plans Include:

- » Business walking distance
- » Residential walking area
- » Shopping / restaurant zone
- » Walking trail zone





# BICYCLE INFRASTRUCTURE and EIGHTFOLD

The Eightfold property is beautifully positioned to make use of existing and planned bicycle infrastructure. The property is bounded to the east by the Southern Walnut Creek Trail and to the west by a shared-use path on the northbound side of US 183, currently under construction.

Austin has an excellent Bicycle Master Plan. Implementation of the "all ages and abilities" network in the plan is well underway. The November 2016 transportation bond package ensured funding for large parts of the network to continue construction. Eightfold is connected to an extensive bicycle network that will become greater as it proceeds throughout the Master Plan.

## Bicycle and Pedestrian Facilities Will Include:

» Conversion of the steel truss bridge over the Colorado River into bicycle and pedestrian bridge

» Construction of a bicycle and pedestrian trail head at the Colorado River

» New pedestrian bridges crossing over US 183 corridors at Springdale Road, YMCA/East 51st Street and Bolm Road



Planned Cap Metro Green Line rail will provide access to Downtown and northeast suburbs.

MUELLER DEVELOPMENT: 5 MILES

EASTSIDE COMMUNITIES YMCA: 1.5 MILES

SOUTHERN WALNUT CREEK TRAIL

WALTER E LONG PARK: 5 MILES

DOWNTOWN: 5 MILES

Currently under construction, the US 183 and SR 71 shared use paths will provide excellent access to the airport, McKinney Falls State Park, and the COTA complex.

AUSTIN-BERGSTROM INTERNATIONAL AIRPORT: 6 MILES

# CONNECTIVITY: EXISTING BIKE-FRIENDLY ROUTES

**EXISTING TRAILS**
**BIKE-FRIENDLY STREET**
**TRAIL UNDER CONSTRUCTION**

Eightfold is beautifully positioned for customers and tenants who want engage in active lifestyles.

The Austin Master Bicycle Plan envisions a network accessible to all ages and abilities. Eight-year-old children will ride alongside their eighty-year-old grandparents to school, work, play, and essentials such as grocery stores and doctor offices.

A few key connectors can plug Eightfold into the network and grant easy bicycle access to Downtown, the Muller development, ABIA, and East Austin's many beautiful parks.

Eightfold is bounded to the east by the Southern Walnut Creek Trail. The soon to be completed 183 Shared Use Path will bound the property to the west. Together, these two trails will offer unparalleled car-free connectivity and recreation opportunity across Austin's entire east side.

# COMMUTER RAIL
# and EIGHTFOLD

The Eightfold property is connected to the future Green Line Commuter Rail, owned by Capital Metro. Eightfold envisions a Commuter Rail Station on the site for the Cap Metro Green Line. Phase One of the Green Line Commuter Rail will connect Downtown Austin with the City of Manor, a nearby city with affordable housing. Phase Two of the Green Line will go from Manor to Elgin where housing is even more affordable.

As part of Project Connect, Capital Metro is currently conducting an analysis of the Green Line project cost and timeline in preparation for taking it to voters, as required by Texas law. The affected communities, including the city of Manor, are part of Cap Metro's service area and have expressed enthusiasm for the commuter rail line. It is possible that the Green Line Referendum could be offered to voters as soon as November 2019.









EIGHTFOLD

# THRIVEABILITY & SUSTAINABILITY

Working together with Austin Energy and Trane, EIGHTFOLD Development is creating the premier Green Movement campus in Austin, Texas. As an industry leader, we plan to reduce stress on the electric grid and to shrink our carbon footprint to the smallest amount possible, meeting the demands of the city, our tenants and global needs. To do this, EIGHTFOLD has a comprehensive strategy founded on "Thriveability," a new benchmark that gauges a project's sustainability and cost-effectiveness as it relates to the world of renewable clean energy. We will use several green energy features to meet thriveability standards, including: a thermal storage plant that cools buildings economically during peak electricity hours; a solar array-and-battery system that produces its own self-sustaining energy; an ecologically sound system that meets unique water conservation needs; and the pursuit of a rigorous process that ensures we are consistently hitting our marks in the evolving green energy space.



E I G H T F O L D

# RENEWABLES, LEED & SOLAR

A globally recognized symbol of eco-friendliness, LEED (Leadership in Energy and Environmental Design) certification serves to maximize cost savings, lower carbon emissions and ultimately, bring about the healthiest environments possible. As a standard-bearer in the thriveability metric, LEED has designed their global agenda to achieve high performance in key areas of environmental fitness. EIGTHFOLD's new campus will be LEED Certified establishing "people, planet and profit" as its bottom line.

Our approach to LEED certification has been designed from a philosophy that recognizes buildings as tantamount to living, breathing organisms. We consider our ultra-modern campus a collection of structures that work symbiotically to create a healthy environment for our occupants and the community at-large. EIGHTFOLD's LEED project will save energy and resources, while diverting more than 50,000 tons of waste from nearby landfills. Compared to commercial buildings of the same size, our structures will consume up to 25

percent less energy and emit 40 percent less greenhouse gas. By letting in clean air and access to daylight, our LEED program will create beneficial spaces that will increase recruitment tactics, retention rates and general creativity among employees.

EIGHTFOLD is fully committed to site-level renewable energy through solar energy.  Our campus will include a large solar panel array — positioned at maximum efficiency across campus rooftops — and the storage of generated electricity at an on-site, behind-the-meter battery. This battery will allow the campus to achieve maximum savings for tenants on our campus. After taking in the plentiful amount of sunshine that the Texas climate has to offer, the battery will become filled to capacity. Once the battery becomes full, the solar energy generated thereafter will be used to meet the needs of campus buildings. EIGHTFOLD currently has the ambitious goal of providing up to 75 percent of campus electricity through only sustainable power. The goal is net-zero usage from Austin Energy's electrical grid, especially during peak times. As our campus grows and matures, we intend to expand solar generation and battery installations. We are in an active, cooperative partnership with Austin Energy's solar department to understand what local programs are best suited for our campus and how we can leverage these programs to expand our solar investment. Austin Energy has, for the past several years, been at the vanguard of municipal solar power research and investment. They continue to support installation of solar power and energy storage on the commercial level through advocacy and other financial avenues. Along with Austin Energy, we see a near-self-sustaining campus as equally business-friendly and Earth-friendly.

With energy costs skyrocketing, the reduction of operating expenses is increasingly more important for business and the environment. A good place to begin, then, is a cooling system, one of the biggest waste-generating aspects of a structure. With Trane, we've found that adding thermal energy storage to an HVAC system can dramatically reduce energy costs. How? By shifting operation from high-to-low-cost times of the day. That's why one of the most noteworthy design features of EIGHTFOLD's campus is its high-efficiency chilled water plant — Phase One of which is currently underway. This Trane-created cooling plant uses thermal ice storage to maintain a comfortable temperature. The initial plant design provides for 3,000 tons of ice — including forty-eight (48) 25-ton ice storage tanks — which allows the generation of building-cooling ice during off-peak hours (i.e.,

at night when the ERCOT electric grid has an abundant energy supply from wind-powered plants). Then, during the day, the ice melts and replaces the need for the use of more energy-hungry processes. Perhaps most importantly, the installation of such a thermal storage system, will afford our campus the opportunity of a reduced utility rate. Essentially, we will avoid Austin Energy's 3 p.m. to 6 p.m. peak demand period and the highly burdensome $14.65/kW cost levied during that long window of time. Another benefit to a high-efficiency, ecologically friendly design is that it allows the distribution of chilled water (from a prior day's melted ice) to residents at extremely low rates. In all, analysts have indicated that a reduction in electrical costs could be as high as 40 percent on the campus as a result of these measures. In addition to these savings, the centralization of the plant requires far less space than other systems, freeing up land that can now be otherwise used for non-energy-related purposes. These energy savings will find their way to the consumer and will bring about greater, more wide-ranged investments in other sustainable aspects of our campus.



EIGHTFOLD'S NATURAL BEAUTY



EIGHTFOLD

# URBAN LIVING

Using what is commonly referred to as "living infrastructure," EIGHTFOLD plans to rely on natural frameworks to protect local water quality, as well as to promote other Green Energy initiatives. These plans generate multiple benefits for the campus as well as the community, like habitat preservation, carbon sequestration and overall aesthetics. As a closed-loop system, these water conservation efforts perform critical ecological services and allow for previously unused spaces to become high-performing, regenerative landscapes. They are particularly useful in that they can feed storm-water runoff— through appropriate filtration processes — to irrigation systems for a campus organic farm, to all-important waste-management systems or to the aforementioned campus' thermal cooling plant. This natural "living infrastructure" also employs low-profile manmade and/or mechanical systems that promote renewable energy and water conservation, including green rooftops, wind collection and permeable pavement — a novel technology that



EIGHTFOLD BUILDINGS FHJ | PHASE I RENDER

allows runoff to be safely and discreetly collected below ground level. Finally, to keep pace with the inevitability of other emerging technology, our renewable energy efforts will include electric car-charging stations and an on-site organic farm, all in a full-fledged effort to be as Green Energy-minded as possible.

These eco-friendly strategies, when fully used on the EIGHTFOLD campus, amount to a mutually beneficial scenario for all parties. First, they allow for significantly reduced demand on the electric grid, thereby freeing Austin Energy to serve other customers. Second, they significantly reduce electric utility rates for the project and can be enjoyed by Austin residents. Finally, we can demonstrate that, as a leading partner in reducing climate change, an extremely low carbon footprint is not only desirable, but also cost-effective, sustainable and thriveable for other business developments in the future.

The campus' green energy-focused strategy is most certainly an agile process, but the foundation of this approach — keeping our finger on the



pulse of what's most sustainable — will always be the bedrock of our business model. Our use of innovative cooling technologies, our use of renewable solar energy panels and batteries, our deployment of best practices for water conservation and other green energy initiatives and our commitment to a LEED program amount to a massive push toward long-sustained "thriveability." EIGHTFOLD plans to become more than a partner in the modernization of the local electric grid — we hope to become a model for the Green Movement's inevitable success.

## THE EIGHTFOLD CAMPUS
## WILL INCORPORATE:

- » **LEED CERTIFICATION**
- » **SOLAR ENERGY**
- » **THERMAL STORAGE**
- » **WATER CONSERVATION**
- » **OTHER GREEN ENERGY PROCESSES**



RHODE:PARTNERS







E I G H T F O L D
# MARKET

Many employees spend long hours at their workplaces resulting in little time left for personal care and health. Shopping at other markets is typically impractical, leaving less time for health and life balance. EIGHTFOLD's brick and mortar market is built with an open design, allowing ample room for growth and change as the needs of the campus evolve. The EIGHFOLD campus will provide an easy to activate whole foods marketplace to provide continual fresh, locally sourced, organic produce to residents. EIGHTFOLD Market eases and facilitates the effort to live health consciously with its convenience.

EIGHTFOLD's Market is a grocery destination with every basic from milk and eggs to produce to personal and home care. We are committed to meeting our residents' basic needs while also featuring "best in class" products, such as artisan cheeses, gourmet chocolates and coffee and international ingredients grown locally. Residents can expect to live, work, play and eat at the market every day while never leaving the comfort of their neighborhood or missing out on nutritious, fair trade products.











# EIGHTFOLD

**ADAM ZARAFSHANI**
**EIGHTFOLD DEVELOPMENTS, LLC**
**(512) 656-1352 AUSTIN**
*info@eightfoldaustin.com*