From: Adam Zarafshani [mailto:adam@panache-usa.com]
Sent: Monday, September 24, 2018 3:25 PM
To: Carroll, Robert D
Cc: Rothstein, Jessica L; Amanda Woodham
Subject: RE: Infringement of Eightfold Trademarks

Good afternoon Mr. Carroll,

I am in receipt of your correspondence dated 24 September 2018. While we disagree with the issues you have raised in your correspondence, we would like to point your attention to some additional information. Eightfold Development Austin is a development and management company for a development in Austin Texas. Panache is the general contractor for the mentioned project. Our companies have been registered with the state of Texas, and the domain is owned by the entities. We are not in a position to address all of the issues that have been raised in your correspondence, we have to defer to our general counsel to formulate a proper response, but wanted to send this to you as a courtesy. I will be traveling the rest of the week, but when I get back to Texas I will make an appointment with our council to see how we can move forward.

Thank you,

## Adam Zarafshani

Eightfold Developments, LLC
Panache Development & Construction, Inc.
512 345 7000 Austin
872 222 7031 Chicago
310 929 0094 LA

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

2

From: Carroll, Robert D <RCarroll@goodwinlaw.com>
Sent: Monday, September 24, 2018 12:41 PM
To: Adam Zarafshani <adam@panache-usa.com>
Cc: Rothstein, Jessica L <JRothstein@goodwinlaw.com>
Subject: Infringement of Eightfold Trademarks

Dear Mr. Zarafshani:

Please see the attached letter, which I am sending on behalf of Eightfold Real Estate Capital, L.P. I look forward to hearing from you or your counsel by October 1.

Regards,
**Robert D. Carroll**
Goodwin Procter LLP
100 Northern Avenue

Boston, MA 02210
o +1 617 570 1753
f +1 617 321 4407
RCarroll@goodwinlaw.com | goodwinlaw.com

******************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain
confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive
this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************