UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

20 JUN -4  PM 1:31

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| EIGHTFOLD REAL ESTATE CAPITAL, L.P., a Florida limited partnership, | § § § § § | |
| Plaintiff, | | |
| v. | § § | CASE NO. 1:19-cv-00239-LY |
| EIGHTFOLD DEVELOPMENTS, LLC, a Texas professional limited liability company, PANACHE DEVELOPMENT & CONSTRUCTION, INC., a Texas corporation, and ADAM ZARAFSHANI, individually, | § § § § § § § | |
| Defendants. | § | |

## AGREED ORDER OF FINAL JUDGMENT AGAINST DEFENDANTS PANACHE DEVELOPMENT & CONSTRUCTION, INC., AND ADAM ZARAFSHANI

The Court, having considered the Plaintiff's and Defendants Panache Development & Construction, Inc.'s ("Panache") and Adam Zarafshani's ("Zarafshani"), Agreed Motion for Entry of Final Judgment ("Motion"), hereby ORDERS and ADJUDGES as follows:

1. Plaintiff's Motion is **GRANTED**.

2. It is also further **ORDERED and ADJUDGED** as follows:

(a)     Defendants, Panache and Zarafshani, and their agents, representatives, servants, employees, attorneys, officers, directors, shareholders, licensees, affiliates, joint venturers, parents, subsidiaries, related corporations, and others in privity and acting in concert with them be permanently enjoined from:

(i)     Using the EIGHTFOLD mark and any other mark containing or consisting, in whole or in part, of the name "EIGHTFOLD," and any other mark confusingly similar to or

colorable imitation of the EIGHTFOLD mark, including but not limited to, in the advertising, distribution, offering for sale, promotion, corporate name, and/or sale of products or services that may reasonably be encompassed by the EIGHTFOLD mark or which may constitute a natural zone of expansion for Plaintiff;

      (ii)    Using any service mark, trademark, trade name, trade dress, word, domain name, number, abbreviation, design, color, arrangement, collocation, or any combination thereof, which would imitate, resemble, or suggest the EIGHTFOLD mark;

      (iii)    Using or registering any domain name which is confusingly similar to the EIGHTFOLD mark in advertising, distribution, offering for sale, and/or sale of a domain name registration, or any other goods or services that may reasonably be encompassed by the EIGHTFOLD mark, or which may constitute a natural zone of expansion for Plaintiff;

      (iv)    Falsely claiming authorization from or any affiliation with Plaintiff or the EIGHTFOLD name.

    (b)    Defendants shall have fifteen (15) days from the entry of this injunction to comply with this Order.

    (c)    This Court shall retain jurisdiction to enforce this permanent injunction, including issuance of all necessary writs and orders, and assessing any damages Plaintiff may prove for any violations of this injunction as well as attorneys' fees incurred by Plaintiff for enforcement of this permanent injunction.

Let Judgment Issue Forthwith.

SIGNED ON: June 4, 2020.

_____
U.S. District Court Judge Lee Yeakel

**APPROVED:**

**EIGHTFOLD REAL ESTATE CAPITAL, L.P.**

By: Randolph Wolpert

Title: Vice President

Date: May 21st, 2020.

**PANACHE DEVELOPMENT AND CONSTRUCTION, INC.**

By: Adam Zarafshani

Title: CEO

Date: May 22, 2020.

**ADAM ZARAFSHANI**

Adam Zarafshani

Date: May 22, 2020.

#41125419 v1